FILED
December 22, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JULIAN GIRALDO OSPINA,<br><br>　　　　　Defendant. | Case No. 2:25-mj-00177-CSK<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:　UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JULIAN GIRALDO OSPINA</u>, Case No. <u>2:25-mj-00177-CSK</u>, Charge <u>18 U.S.C. § 1962(d)</u> from custody for the following reasons:

　　　　　Release on Personal Recognizance

　　　　　Bail Posted in the Sum of $ _____

　**x**　Secured Appearance Bond　　$200,000.00 in equity of Defendant's residential property

　　　　　Appearance Bond with 10% Deposit

　　　　　Appearance Bond with Surety

　　　　　Corporate Surety Bail Bond

　**x**　(Other): <u>Release delayed until first working day, 12/23/2025 at 8:30 AM, after posting of secured bond and with terms as stated on the record. Following release, defendant must directly report to the Pretrial Services Office on 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814.</u>

Issued at Sacramento, California on December 22, 2025, at 2:43 PM.

By: _/s/ Sean C. Riordan_____

　　　Magistrate Judge Sean C. Riordan