Candice L. Fields
Candice Fields Law, PC
400 Capitol Mall, Suite 1620
Sacramento, CA  95814
Tel. (916) 414-8050
cfields@candicefieldslaw.com

Attorney for Defendant
JULIAN GIRALDO OSPINA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:25-MJ-00177-CSK |
| Plaintiff, | ) |
| | ) |
| vs. | ) **STIPULATED REQUEST FOR** |
| | ) **TEMPORARY MODIFICATION OF TERMS** |
| | ) **OF PRETRIAL RELEASE TO PERMIT** |
| JULIAN GIRALDO OSPINA, | ) **TRAVEL; [PROPOSED] ORDER** |
| | ) |
| Defendant. | ) |
| | ) Judge:  Hon. Carolyn Delaney |
| | ) |

Plaintiff United States of America, by and through Assistant United States Attorney Grace Bowen, and defendant Julian Giraldo Ospina ("Mr. Ospina"), by and through counsel Candice Fields, hereby stipulate and agree, pursuant to 18 U.S.C. § 3142(c)(3) and L.R. 143, to a temporary modification of the pretrial release conditions based upon the following facts:

1.      Mr. Ospina was ordered released in this District on December 23, 2025, pending his initial appearance in the Southern District of Florida, which is scheduled for January 28, 2026. He remains under supervision in this District and is subject to GPS location monitoring

(standalone monitoring, no curfew). He has remained fully compliant with all conditions of release.

2.    Mr. Ospina has provided his flight itinerary to his Pretrial Officer and will be away from his residence for more than twenty-four hours, departing Sacramento, California on January 27, 2026, at approximately 11:50 a.m., and returning on January 29, 2026, at approximately 7:30 p.m.

3.    This request is made solely to permit compliance with the Court's transfer and appearance obligations. Mr. Ospina will remain subject to location monitoring and all directives of Pretrial Services.

4.    All other conditions of release will remain unchanged.


Dated: January 23, 2026                    Respectfully submitted,


                                           /s/ Candice L. Fields
                                           Candice L. Fields
                                           Attorney for Defendant
                                           Julian Giraldo Ospina

                                           /s/ Grace H. Bowen
                                           Grace H. Bowen
                                           Trial Attorney
                                           Violent Crime and Racketeering Section
                                           U.S. Department of Justice

## ORDER

Stipulated Request for Temporary Modification of Conditions of Release to Permit Travel is GRANTED. Defendant is authorized to travel outside the Eastern District of California from January 27, 2026, through January 29, 2026, for purposes of appearing in the Southern District of Florida to attend his Initial Appearance on January 28, 2026, subject to continued location monitoring and Pretrial Services supervision. All other conditions remain in effect.

IT IS SO ORDERED.

Dated:  January 23, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE